**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN GARCIA,                                          No. C 06-06321 JL

       Plaintiff,                                   ORDER

    v.

LINDA S. McMAHON
Acting Commissioner of
Social Security,

       Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      Plaintiff shall file a response in this matter no later than Friday, March 23, 2007.  A hearing
on Defendant's motion to dismiss will be held April 17, 2007 at 1:00 p.m. in Courtroom 205A,
Second Floor, 514 H Street, Eureka, California.  The parties may choose to submit the matter on the
papers or, in the alternative, appear in person or  by phone.

      IT IS SO ORDERED.

Dated: 3/5/07                                   _____

                                  NANDOR J. VADAS
                                  United States Magistrate Judge