United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARCIA, | No. C 06-06321 NJV |
|     Plaintiff, | ORDER TO SHOW CAUSE |
|     v. | |
| LINDA S. McMAHON<br>Acting Commissioner of<br>Social Security, | |
|     Defendant.<br>_____/ | |

A hearing on Defendant's motion to dismiss was held April 17, 2007 at 1:00 p.m. in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that the parties appear on May 1, 2007 at 1:00 p.m. before Magistrate Judge Nandor J. Vadas in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, California and then and there show cause why this action should not be dismissed for Plaintiff's failure to respond to Defendant's motion to dismiss. Defendant may appear by telephone.

IT IS SO ORDERED.

Dated: 4/17/07

_____
NANDOR J. VADAS
United States Magistrate Judge