| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SBN SC 9990 |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153 |
| | Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration |
| | Donna M. Montano, CSBN 165628 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| | San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8943 |
| | Facsimile: (415) 744-0134 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN GARCIA, )
         Plaintiff, ) CIVIL NO. C-06-06321 NJV
)
         v. ) JOINT STIPULATION AND ORDER
) DISMISSING PLAINTIFF'S COMPLAINT.
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security, )
)
         Defendant. )
_____)

      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be dismissed. Plaintiff's counsel previously agreed to voluntarily dismiss the complaint in this action as untimely, to which Counsel for the Commissioner raised no objection. The parties also stipulate, subject to the approval of this Court, remove the scheduled hearing re Order to Show Cause scheduled for May 1, 2007 at 1:00 p.m. from the Court's calendar, as the purpose for the hearing is now rendered moot. The parties apologize for any inconvenience to the Court that may have been caused by the delay in filing the instant joint stipulation to dismiss.

Dated: *April 24, 2007*          /s/ *Kenneth J. Collins*
                                        *(As authorized via e-mail on March 23, 2007)*
                                        KENNETH J. COLLINS

|   |   |   |
|---|---|---|
|   |   | Attorney for Plaintiff |
|   |   |   |
|   |   | SCOTT N. SCHOOLS<br>United States Attorney |
|   |   |   |
| Dated: *April 24, 2007* | By: | /s/ **Donna M. Montano**<br>Donna M. Montano<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is DISMISSED.

Dated: 4/25/07

NANDOOR J. VADAS
United States Magistrate Judge

2

1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            NORTHERN DISTRICT OF CALIFORNIA
8                 SAN FRANCISCO DIVISION

| | |
|---|---|
| J JOHN GARCIA, ) | |
|         Plaintiff, ) | CIVIL NO. C-06-06321 NJV |
|             ) | |
|         v. ) | [PROPOSED] JUDGMENT |
|             ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
|             ) | |
|         Defendant. ) | |
| _____) | |

   IT IS HEREBY ADJUDGED that the complaint and action be dismissed pursuant to the Stipulation of the parties filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.


Dated: _____       _____
                                NANDOOR J. VADAS
                                United States Magistrate Judge